Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 80–2033.  ROMERO-BARCELO ET AL. *v.* WEINBERGER, SECRETARY OF DEFENSE, ET AL., *ante,* p. 816;

No. 81–164.  CITY OF PAINESVILLE, OHIO *v.* UNITED STATES, *ante,* p. 894; and

No. 81–5318.  PARRISH *v.* CITY OF VIRGINIA BEACH ET AL., *ante,* p. 903.  Petitions for rehearing denied.

No. 80–1644.  FLORIDA *v.* BROWN, *ante,* p. 819;

No. 80–1986.  DISTLER *v.* UNITED STATES, *ante,* p. 827;

No. 80–2090.  PRICHARD ET AL. *v.* UNITED STATES, *ante,* p. 832;

No. 80–6578.  JOHNSON *v.* LOUISIANA, *ante,* p. 841;

No. 80–6722.  MASON *v.* COUNTY OF WORCESTER ET AL., *ante,* p. 845;

No. 80–6737.  ALERS ET UX. *v.* CITY GOVERNMENT OF SAN JUAN, *ante,* p. 846;

No. 80–6801.  CRENSHAW *v.* UNITED STATES ET AL., *ante,* p. 850;

No. 80–6830.  COLE *v.* VINCENT ET AL., *ante,* p. 851;

No. 80–6861.  SMITH *v.* KEET, JUDGE, *ante,* p. 853;

No. 80–6906.  MILLER *v.* WEINBERGER, SECRETARY OF DEFENSE, ET AL., *ante,* p. 855;

No. 80–6937.  HILLIARD *v.* WILKINSON ET AL., *ante,* p. 857;

No. 81–104.  BLANTON ET UX. *v.* GENERAL ELECTRIC CREDIT CORPORATION OF GEORGIA, *ante,* p. 862;

No. 81–5003.  BROUGHTON *v.* BROUGHTON, *ante,* p. 867;

No. 81–5197.  LEE *v.* UNITED STATES DEPARTMENT OF LABOR ET AL., *ante,* p. 874; and

No. 81–5269.  KAVAJA *v.* UNITED STATES, *ante,* p. 876. Petitions for rehearing denied.  JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.